ARCHIBALD WILLIAMSON and Others, Doing Business under the Firm Name of BALFOUR, WILLIAMSON & Co., Respondents, v. VIELE, BLACKWELL & BUCK, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

ELINOR SHAW, Respondent, v. PHILIP M. SHAW, Appellant.— Order modified by reducing alimony to $500 per month, and by reducing counsel fee to $500, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

HARRIS BROTHERS CORPORATION, Appellant, v. JOSEPH B. KAUFMAN, Trading as J. B. KAUFMAN & Co., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

HERBERT S. BERLIN, Appellant, v. RUTH S. BERLIN, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

HENRY FRUHAUF and Others, Copartners, etc., Respondents, v. SIDNEY HILLMAN, Individually and as President of the AMALGAMATED CLOTHING WORKERS OF AMERICA, an Unincorporated Association, and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

EVELYN BRITT MacCONNELL, Respondent, v. ALICE MILLER, Appellant. — Order modified as stated in order, and as so modified affirmed, with ten dollars costs and disbursements to appellant. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

CHARLES HALDANE, Respondent, v. NASH ROCKWOOD, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

MICHAEL W. CASEY, Appellant, v. SHULTS BREAD COMPANY and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

KEVORKIAN, INC., Respondent, v. "SAMUEL" KLABER, Trading as S. KLABER & Co., Name "Samuel" Fictitious, etc., Appellant.— Order modified as provided in order, and as so modified affirmed, with ten dollars costs and disbursements to appellant. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.